1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    ROBIE HULL,                              )       1:06-CV-00715-AWI-DLB-HC
                                              )
9             Petitioner,                     )       ORDER TO SUBMIT APPLICATION TO
         vs.                                  )       PROCEED IN FORMA PAUPERIS
10                                            )       **OR** FILING FEE
     JULIE WARD, Warden,                       )
11                                            )
                                              )
12            Respondent.                     )
                                              )
13

14            Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

15   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an

16   application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

17   Accordingly, IT IS HEREBY ORDERED that:

18            1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

19   pauperis.

20            2.  Within thirty days of the date of service of this order, petitioner shall submit a

21   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for

22   this action.  Failure to comply with this order will result in a recommendation that this action be

23   dismissed.

24

25

26            IT IS SO ORDERED.

27        **Dated:    July 11, 2006**            _____ **/s/ Dennis L. Beck** _____
     ah0l4d                                     UNITED STATES MAGISTRATE JUDGE
28