# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIE HULL, | CV F   06-00715 AWI DLB HC |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| v. | [Doc. 13] |
| JULIE WARD, Warden, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Now pending before the Court is Petitioner's motion for extension of time to file a traverse. Good cause having been demonstrated, Petitioner's is GRANTED thirty (30) days from the date of service of this order to file a traverse.


IT IS SO ORDERED.

Dated:  **February 5, 2007**          **/s/ Dennis L. Beck**
ah0l4d                                           UNITED STATES MAGISTRATE JUDGE

1